1172

No. 99–7526. SUTTON v. KOOISTRA ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–7527. RELIFORD v. WANTLAND ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–7529. SHAVERS v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 99–7532. JOHNSON v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 99–7533. KIBBE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–7534. ADAMS v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 99–7536. GULLEY v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 99–7538. HUGGINS v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 99–7542. DUNKINS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–7553. JONES v. SUTHERS, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–7557. VIGNEAU v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 99–7562. CORNWELL v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 99–7564. GARCIA AMBRIZ v. PLILER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 99–7570. KARANICOLAS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–7575. RODRIGUEZ v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.